NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Carl Philip Schaede, | ) | No. CV06-2653-PCT-SRB |
| Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Dora B. Schriro, et al. | ) | |
| Respondents. | ) | |
| | ) | |

  Petitioner filed a counseled Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on November 6, 2006. On February 9, 2007, Respondents filed a Motion to Dismiss Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction. On February 22, 2007, Petitioner's counsel filed a Response to the Motion to Dismiss and a Request for Delay of Ruling. No response to the Request for Delay of Ruling and no reply to the Motion to Dismiss were filed. On March 14, 2007, the Magistrate Judge issued his Report and Recommendation recommending that the Petition for Writ of Habeas Corpus be denied and dismissed.

  In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

1       The Court finds itself in agreement with the Report and Recommendation of the
2  Magistrate Judge.
3       IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4  as the order of this Court.  (doc. 17).
5       IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied
6  and dismissed.
7       IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

9       DATED this 11th day of April, 2007.

                    _____
                           Susan R. Bolton
                        United States District Judge